UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN PHILLIP ANDERSON,

    Petitioner,

v.

KAREN BRUNSON,

    Respondent.

CASE NO. C07-635BHS

ORDER OF DISMISSAL

The Court, after careful consideration of Petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, the governing authorities and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2254 petition is DENIED and this case is DISMISSED with prejudice.

(3) The clerk is directed to send copies of this order to all counsel of record and to Judge Donohue.

DATED this 4th day of January, 2008.

BENJAMIN H. SETTLE
United States District Judge

ORDER