# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOHN PHILLIP ANDERSON

v.

KAREN BRUNSON

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-635BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Petitioner's § 2254 petition is DENIED and this case is DISMISSED with prejudice.

|  |  |
|---|---|
| January 7, 2008 | BRUCE RIFKIN |
| Date | Clerk |
|  | s/CM Gonzalez |
|  | Deputy Clerk |